481 A.2d 971

Commonwealth v. Roberts, Appellant.
Reargument Denied Oct. 2, 1984.

Submitted April 16, 1984.   George H. Newman, for appellant;   Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence vacated and case remanded for resentencing. Jurisdiction is relinquished.